UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>ALI BOZORGHADAD, et al.,<br><br>        Defendants. | Case No. 17-cv-06536-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ALI BOZORGHADAD, PARISA BOZORGHADAD, AND BAY AREA AUTO CARE, INC.**<br><br>Re: Dkt. No. 26 |

The Court has reviewed Magistrate Judge Van Keulen's Report and Recommendation Re Motion for Default Judgment Against Defendants Ali Bozorghadad, Parisa Bozorghadad and Bay Area Auto Care. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Motion for Default Judgment Against Defendants Ali Bozorghadad, Parisa Bozorghadad and Bay Area Auto Care is DENIED. A Telephonic Conference will be held on March 24, 2020 before Judge Haywood S. Gilliam, Jr., at 3:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated: March 16, 2020

HAYWOOD S. GILLIAM, JR.
United States District Judge