UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Ali Bozorghadad,** in individual and representative capacity as trustee; **Parisa Bozorghadad**, in individual and representative capacity as trustee; **Bay Area Auto Care**, Inc., a California Corporation; and Does 1-10, <br><br> Defendants. | Case: No.4:17-CV-06536-HSG <br><br> **ORDER GRANTING JOINT STIPULATION TO SET GENERAL ORDER 56 SCHEDULE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and include August 31, 2020.
2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: 8/13/2020

*Haywood S. Gilliam Jr.*

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

1